IN THE UNITED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 1 2007
J. T. NOBLIN, CLERK
BY_____ DEPUTY

UNITED STATES OF AMERICA  )
                          )
vs.                       )    Criminal No.  4:03cr2TSL-009
                          )
JOHNNIE CLAYTON BOUNDS    )

## ORDER REGARDING MODIFICATION OF SUPERVISED RELEASE

The defendant was before the Court, on July 27, 2007, for hearing on a Petition to Revoke Supervised Release, filed by the U. S. Probation Office on July 20, 2007. The Petition alleged the defendant violated his supervision conditions by testing positive for Methamphetamine and Oxycodone, admitting that he had used Lorcet without a prescription and associating with an individual, with whom he was specifically instructed not to associate. The defendant confessed to the violations as alleged, and the Court found the defendant guilty of violating his conditions of supervised release as charged in the Petition, filed by the U. S. Probation Office.

After reviewing all the facts, the Court found the defendant had violated the conditions of supervised release. The supervised release term previously imposed is modified to include a special condition (c.) The defendant shall participate in and complete a long term comprehensive residential treatment program, including up to (60) days of inpatient treatment followed by a minimum of six (6) months of secondary and transitional treatment at Clearview Recovery Center and Oak Arbor Secondary Treatment facility. The cost of secondary and transitional care are to be paid by the defendant.

Johnnie Clayton Bounds
Docket Number 4:03cr2TSL-009
Order Regarding Modification of Supervised Release

Upon successful completion of the eight (8) month placement, the offender will continue supervised release under the previously ordered conditions.

SO DATED, this the 31st day of July, 2007.

TOM S. LEE
SENIOR UNITED STATES DISTRICT JUDGE