IN THE UNITED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 4:03cr2TSL-009 |
| ) | |
| JOHNNIE CLAYTON BOUNDS ) | |

## ORDER REGARDING MODIFICATION OF SUPERVISED RELEASE

The defendant was before the Court, on March 14, 2008, for hearing on a Petition to Revoke Supervised Release, filed by the U. S. Probation Office on February 21, 2008. The Petition alleged the defendant violated his supervision conditions by being terminated from his Court Ordered substance abuse treatment at Oak Arbor Secondary Facility for using prohibited medications and adulterating urine samples. The defendant confessed to the violations as alleged, and the Court found the defendant guilty of violating his conditions of supervised release as charged in the Petition, filed by the U. S. Probation Office.

After reviewing all the facts, the Court found the defendant had violated the conditions of supervised release. The Court ordered the supervised release term previously imposed modified to include a special modification condition: The defendant shall participate in and complete inpatient treatment at Victory Manor Recovery Center which shall include a minimum of six (6) months of secondary treatment at Oak Arbor at his own expense. Upon successful completion of treatment, the offender will continue supervised release under the previously ordered conditions.

SO DATED, this the 17th day of March, 2008.

TOM S. LEE
SENIOR UNITED STATES DISTRICT JUDGE